UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMY L. WEBB, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| *Acting Commissioner of Social Security,* ) | Case No. 5:14-CV-110-KS |
| Defendant. ) | |

---

**Decision by Court.**

**This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.**

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's March 24, 2015, Order, the court GRANTS Plaintiff's motion for judgment on the pleadings, DENIES Defendant's motion for judgment on the pleadings and remands this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on **March 24, 2015,** with electronic service upon:

**Charlotte Williams Hall**, *Counsel for Plaintiff*
**Robert K. Crowe**, *Counsel for Defendant*

 

                                  **JULIE RICHARDS JOHNSTON,**
                                  CLERK, U.S. DISTRICT COURT


                                /s/ *Shelia Foell*
                                (By): Shelia Foell, Deputy Clerk