UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMY WEBB,<br>    Plaintiff,<br><br>       v.<br><br>NANCY BERRYHILL,<br>*Acting Commissioner of Social Security,*<br>    Defendant. | **JUDGMENT**<br><br>Case No. 5:14-CV-110-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $14,0000.00 and that Plaintiff's counsel pay to Plaintiff the sum of $4,534.75 and upon the payment of such sums this case is dismissed with prejudice.

This judgment filed and entered on June 5, 2017, with *electronic service* upon:

**Charlotte Hall**
*Counsel for Plaintiff*

**Robert Crowe**
*Counsel for Defendant*

                                                 **PETER A. MOORE, JR.**
                                                 **CLERK, U.S. DISTRICT COURT**

June 5, 2017                                      /s/ *Shelia D. Foell*
                                                  (By): Shelia D. Foell, Deputy Clerk